No. 73–1002. DRESSER OFFSHORE SERVICES, INC., ET AL. *v.* RICHARD. C. A. 5th Cir. Certiorari denied.

No. 73–1011. DATRONICS ENGINEERS, INC. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 73–1022. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–1031. ROBINSON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–1032. SLUTSKY ET AL., DBA "THE NEVELE" *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1044. PETRUCCI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1049. FERRARO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–1050. BIGHEART *v.* PAPPAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–1061. W. T. GRANT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 73–1074. ROGERS MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 73–1079. BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA AND VICINITY *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.